UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------
HILDA L. SOLIS, SECRETARY OF LABOR,    :
UNITED STATES DEPARTMENT OF LABOR,

                                       :      CIVIL ACTION NO.
                 Plaintiff,                   11-00976-GLL

                                       :

          v.

                                       :

JOHN LOUIS ROBERTS, MARA SCANLON       :
ROBERTS and STERLING PRINTING and
GRAPHICS, INC.                         :

                 Defendants.           :
------------------------------------

**ORDER STRIKING DEFENDANTS' SIXTH AFFIRMATIVE DEFENSE**

Upon the unopposed motion of Plaintiff to Strike Defendants' Sixth Affirmative Defense,

it is hereby ORDERED that the Defendants' Sixth Affirmative Defense is stricken from their

Answer.

Date: October 28, 2011                          _____ ,C.J.
                                                Gary L. Lancaster
                                                Chief United States District Judge